Decided February 10, 1999

## CADLE COMPANY *v.* ROBERT A. GINSBURG

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 392 (AC 17539), is denied.

*Kenneth A. Votre*, in support of the petition.

*Timothy D. Miltenberger*, in opposition.

Decided February 10, 1999